NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARCO M. TORRES,                        )
                                        )
            Petitioner,                 )
                                        )
v.                                      )        Case No. 2D17-3505
                                        )
PAMELA JO BONDI, Attorney General,      )
                                        )
            Respondent.                 )
_____ )

Opinion filed December 5, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Lisa
Campbell, Judge.

Marco M. Torres, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Robert Dietz, Senior
Assistant Attorney General, Tampa, for
Respondent

PER CURIAM.

            Dismissed.

SILBERMAN, MORRIS, and BADALAMENTI, JJ., Concur.